IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS                                                                        PLAINTIFF

v.                                    Case No. 2:13-CV-02176

RON BROWN, Sheriff, Crawford County Detention
Center; and VERN CUPP, Lt., Crawford County
Detention Center                                                                              DEFENDANTS

**ORDER**

Currently before the Court is Plaintiff's motion for default judgment (Doc. 18) and Defendants' response (Doc. 19).

The record reflects that both Defendants were served on November 7, 2013, making their responsive pleading due November 29, 2013. Defendants timely filed a motion to dismiss for failure to state a claim (Doc. 12) on November 12, 2013. That motion remains pending for consideration by the Court. Because Defendants timely responded to Plaintiff's complaint, entry of default judgment is not appropriate.

IT IS THEREFORE ORDERED that Plaintiff's motion for default judgment (Doc. 18) is DENIED.

IT IS SO ORDERED this 10th day of February, 2014.

*/s/ P. K. Holmes, III*

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE