IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS,
ADC # 142732                                                                                           PLAINTIFF

v.                                    Case No. 2:13-CV-02176

SHERIFF RON BROWN, Crawford County
Detention Center; and LIEUTENANT VERN
CUPP, Crawford County Detention Center                                              DEFENDANTS

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 35) of the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 36). No response to the objections was filed by Defendants. The Court has conducted a *de novo* review as to all specified proposed findings and recommendations to which Plaintiff has raised objections. 28 U.S.C. § 636(b)(1).

The Court cannot discern from Plaintiff's objections any law or fact requiring departure from the Magistrate's report or recommendations. Rather, the report of the magistrate appears to be well reasoned and the recommendations to be sound. Accordingly, the Court finds that the report of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY, with the only exception being that Plaintiffs' claims are to be dismissed *with* prejudice, as judgment will be entered in favor of Defendants.

IT IS THEREFORE ORDERED that, for the reasons stated in the Magistrate's report, Defendants' motion for summary judgment (Doc. 30) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of August, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE