IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS,
ADC # 142732                                                                    PLAINTIFF

v.                                      Case No. 2:13-CV-02176

SHERIFF RON BROWN, Crawford County
Detention Center; and LIEUTENANT VERN
CUPP, Crawford County Detention Center                        DEFENDANTS

### JUDGMENT

  Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

  IT IS SO ADJUDGED this 18th day of August, 2015.


_/s/ P. K. Holmes, III_
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE